# Exhibit 2

Charted Claims:

Non-Method Claim: 1

| US7714726 | Facial Recognition Door Station DS-KD9633-WBE6 ("Accused Product") |
|---|---|
| 1. A Radio Frequency (RF) device, comprising: a circuit; and | The accused product is a Radio Frequency (RF) device (e.g., the accused product), comprising a circuit (e.g., electronic circuit of the accused product).<br><br>As shown below, the accused product supports RF features such as Bluetooth, Wi-Fi, etc. and must comprise an internal circuit.<br><br>HIKVISION    Products  Solutions  Support  Partners  USA EN<br><br>Video Intercom Products > IP Series > Ultra Series ><br><br>Radio Frequency (RF) Device<br><br>DS-KD9633-WBE6<br>**Facial Recognition Door station**<br>• Intuitive operation for a better user experience<br>• 10.1-inch colorful LCD screen with 1280 × 800 resolution<br>• Built-in Android system<br>• Touch screen UI, WEB<br>• Great image quality even in darkness<br>• See clearly with the 2MP camera<br>• Multiple intelligent authentications:Card, PIN code, bluetooth, QR code, fingerprint & face recognition<br>• High level of protection: IP65<br><br>https://www.hikvision.com/us-en/products/video-intercom-products/ip-series/ultra-series/ds-kd9633-wbe6/ |



https://www.hikvision.com/us-en/products/video-intercom-products/ip-series/ultra-series/ds-kd9633-wbe6/



Source: Test report of the accused product

| an antenna coupled to the circuit, wherein the antenna minimally affects electromagnetic RF fields surrounding | The accused product discloses an antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.) coupled to the circuit (e.g., circuit of the accused product), wherein the antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.) minimally affects electromagnetic RF fields surrounding the antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.) even in the vicinity of the antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.). |
|---|---|

| the antenna even in the vicinity of the antenna. | As shown below and as per belief, the accused product has antennas for Bluetooth and Wi-Fi and must be connected to its internal circuit. Wi-Fi enables internet access and Bluetooth enables intelligent authentication via Bluetooth enabled devices. Bluetooth uses antenna of same frequency as Wi-Fi which is a standard frequency of 2.4 GHz that are configured to work simultaneously, they operate on separate antennas, ensuring minimal interference between them despite both of them operating in 2.4 GHz range.<br><br><br><br>https://www.hikvision.com/us-en/products/video-intercom-products/ip-series/ultra-series/ds-kd9633-wbe6/ |



**Figure 7-10 Wi-Fi Settings**

2. Slide to enable the function.

3. Select a Wi-Fi and enter the password to connect.

https://assets.hikvision.com/prd/public/all/doc/m000055901/UD27985B-A_Video-Intercom-Face-Recognition-Door-Station_User-Manual_1.0.0_20230714.PDF

**DS-KD9633-WBE6**

## Facial Recognition Door station

• Intuitive operation for a better user experience

• 10.1-inch colorful LCD screen with 1280 × 800 resolution

• Built-in Android system

• Touch screen UI, WEB

• Great image quality even in darkness

• See clearly with the 2MP camera

• Multiple intelligent authentications:Card, PIN code, bluetooth, QR code, fingerprint & face recognition

• High level of protection: IP65

https://www.hikvision.com/us-en/products/video-intercom-products/ip-series/ultra-series/ds-kd9633-wbe6/



Source: Test report of the accused product



Source: Test report of the accused product



Source: Test report of the accused product

### 4.1  Details of E.U.T.

| | |
|---|---|
| Power supply: | DC12V |
| Test Voltage: | AC 120V/60Hz |
| Operation Frequency: | 2402MHz to 2480MHz |
| Bluetooth Version: | V5.0 LE |
| Modulation Type: | GFSK |
| Data Rate: | 1Mbps |
| Number of Channels: | 40 |
| Channel Spacing: | 2MHz |
| Antenna Type: | PCB Antenna |
| Antenna Gain: | -5dBi (Provided by the manufacturer) |
| Firmware Version: | V2.3.4 |
| Serial Number: | G75903827 |

Source: Test report of the accused product

### 4.1 Details of E.U.T.

| | |
|---|---|
| Power supply: | DC12V |
| Test Voltage: | AC 120V/60Hz |
| Operation Frequency: | 802.11b/g/n(HT20): 2412MHz to 2462MHz, 802.11n(HT40): 2422MHz to 2452MHz |
| Modulation Type: | 802.11b: DSSS (CCK, DQPSK, DBPSK), 802.11g/n: OFDM (64QAM, 16QAM, QPSK, BPSK) |
| Number of Channels: | 802.11b/g/n(HT20):11, 802.11n(HT40):7 |
| Channel Spacing: | 5MHz |
| Data Rate: | 802.11b: 1/2/5.5/11Mbps 802.11g: 6/9/12/18/24/36/48/54Mbps 802.11n(HT20): MCS0~MCS7 802.11n(HT40): MCS0~MCS7 |
| Antenna Type: | PCB Antenna |
| Antenna Gain: | 0.7dBi (Provided by the manufacturer) |
| Firmware Version: | V2.3.4 |
| Serial Number: | G75903827 |

Source: Test report of the accused product